# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

IN RE:

Travis J. Wells                          CHAPTER 7
                                               CASE NO. 13-41646-EJC

    Debtor(s)

### ORDER ON DEBTOR'S MOTION TO AVOID LIEN

After notice and consideration of the Debtor's motion, and no response being filed;

IT IS HEREBY ORDERED that the lien of Sheffield Financial Co is extinguished and the lien shall not survive this bankruptcy or affix to or remain enforceable against the property of the Debtor.

**SO ORDERED** this _____ day of _____, 2013.

_____
HONORABLE EDWARD J. COLEMAN, III
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

Prepared by:
John E. Pytte
Georgia Bar No. 590555
Attorney for Debtor(s)
Post Office Box 949
Hinesville, GA 31310