IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Travis J. Wells, | : | CASE NO. 13-41646-EJC |

**RESPONSE TO MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C. SECTION 522(f)(1)(A)**

COMES NOW, Sheffield Financial, hereinafter "Sheffield", by and through its attorney of record, and files its Response to Debtor's Motion to Avoid Lien (hereinafter the "Objection") and states the following:

1.

Sheffield admits allegations set forth under Paragraphs 1 and 2 of Debtor's Motion.

2.

Sheffield neither admits nor denies allegations set forth under Paragraph 3 of Debtor's Motion.

3.

Sheffield responds to allegations set forth under Paragraph 4 of Debtor's Motion to state that Sheffield's lien on the four wheeler that is owned by Debtor is not eligible for lien avoidance under 11 U.S.C. Section 522(f)(1)(A) or (f)(1)(B) as it is neither a judicial lien or within a category contained under the provisions of (f)(1)(B). More specifically, the four wheeler is not a household good nor a tool of the trade of Debtor's. Sheffield's lien is secured by a UCC-1 Financing Statement, a true copy of which is attached herein under Exhibit "A".

WHEREFORE, Sheffield requests that the Debtor's motion be denied and for further relief as is deemed equitable and just.

Sarah A. Wyeth, GA Bar Number: 779413
Attorney for Sheffield Financial

Campbell and Brannon, LLC

Sarah A. Wyeth
990 Hammond Drive, Suite 800
Atlanta, Georgia 30328
(770) 392-0041

## CERTIFICATE OF SERVICE

**I certify that on the date below that a true and correct copy of the foregoing was sent, postage prepaid, by regular U.S. Mail to the parties listed below, and by facsimile to the Chapter 13 Trustee and the Attorney for the Debtor.**

John E. Pytte
PO Box 949
Hinesville GA 31310

Travis J. Wells
PO Box 2115
Hinesville GA 31310

Benjamin R. Roach
423 Bull Street
Savannah GA 31401

Office of the US Trustee
Johnson Square Business Center
2 East Bryan Street, Ste. 725
Savannah GA 31401

Respectfully submitted this __10__ day of __Oct__, 2013.

_____
Sarah A. Wyeth, GA Bar 779413

Campbell and Brannon, LLC
Suite 800, 990 Hammond Dr.
Atlanta GA 303028
770-392-0041

FILED AND RECORDED
04/19/2011 11:48AM at 11:48AM
UCC Control #: 0072011007786
R.B. MCINTYRE
BARROW County Clerk of Superior Court
Receipt # 288898

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)    19779 SHEFFIELD FINA

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

28002756

GAGA

File with: BARROW, GA

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1b. INDIVIDUAL'S LAST NAME: WELLS
FIRST NAME: TRAVIS

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)
3a. ORGANIZATION'S NAME: BB&T Financial, FSB - Sheffield Financial
3c. MAILING ADDRESS: PO Box 1704
CITY: Clemmons
STATE: NC
POSTAL CODE: 27012
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

THE FOLLOWING LISTED EQUIPMENT:   MAKE: Arctic Cat; MODEL No.: A2010IFT4EUSA; VIN/SN: 4UF10ATV9AT203141   ALONG WITH ALL ADDITIONS, MODIFICATIONS, AND EXCHANGES TO THE SUBJECT EQUIPMENT TO INCLUDE SPECIAL TOOLS AND EQUIPMENT NEEDED FOR ITS SERVICE AND REPAIR. AND ALL OTHER EQUIPMENT NOW OWNED AND HEREAFTER ACQUIRED THAT IS FINANCED BY SHEFFIELD FINANCIAL.

EXHIBIT "A"

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

BB&T CONFIDENTIAL
Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282