**CAMPBELL & BRANNON, LLC**
Attorneys At Law
990 Hammond Drive
Suite 800
Atlanta, GA  30328-5511

| **Telephone** | **Telefax** |
|---|---|
| (770) 392-0041 | (770) 396-2171 |

October 10, 2013

Clerk, United States Bankruptcy Court
Savannah Division
P.O. Box 8347
Savannah, GA  31412

      Re:    Sheffield Financial v. Travis J Wells
             Bankruptcy Case No. 13-41646-EJC

Dear Clerk:

      On behalf of Sheffield Financial please accept this letter as the request of the lender to oppose the Objection of the Debtor to its claim. We are filing this request within thirty days of the date stated in debtor's Objection to Claim and request that a hearing be scheduled to set forth its opposition to the Objection. By copy of this letter we are notifying the debtor and all parties indicated in the Certificate of Service attached to the Objection of our request.

      Thank you very much.

                                                            Sincerely,

                                                             SARAH A. WYETH

SAW/mm

cc:     Travis J Wells
         PO Box 2115
         Hinesville, GA  31310

         John E. Pytte
         P.O. Box 949
         Hinesville, GA  31310

         Benjamin R. Roach
         423 Bull Street
         Savannah, GA  31401