# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In Re:

**TRAVIS WELLS**  **CHAPTER 7**
 **CASE NO. 13-41646**
    Debtor(s)

## WITHDRAWL

    COME NOW, Debtor, and withdraws the Motion to Avoid, Docket No. 10, filed on September 10, 2013.

    WHEREFORE, Debtor prays that Motion to Avoid be withdrawn.

    RESPECTFULLY Submitted November 5, 2013.

    /s/ John Pytte
JOHN E. PYTTE
Attorney for Debtor
Georgia Bar No. 590555

Post Office Box 949
Hinesville, GA 31310
(912) 369-3569
FAX (912) 369-3579

## UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA

In Re:

**TRAVIS WELLS**                               **CHAPTER 7**
                                                                 **CASE NO. 13-41646**

     **Debtor(s)**

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the parties listed below with a true and correct copy of Withdrawal by placing a copy of said documents in the United States Mail with adequate postage thereon to insure prompt delivery, or by Notice of Electronic Filing.

U.S. Trustee

Benjamin R Roach
Chapter 7 Trustee

Sheffield Financial
2554 Lewisvile Clemmons
Clemmons, NC 27012

Sarah Wyeth
900 Hammond Dr., Ste. 800
Atlanta, GA 30328


This day, November 5, 2013.

                                                    /s/ John Pytte
                                                    John E. Pytte

JOHN E. PYTTE, P.C.
Post Office Box 949
Hinesville, GA 31310
(912) 369-3569
FAX (912) 369-3579