# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Travis J Wells**  
    Debtor

Case No.:   13–41646–EJC  
Judge:   Edward J. Coleman III  

Chapter:   7

## ORDER PURSUANT TO 11 U.S.C. § 521(i)

After notice and an opportunity for hearing, the Court finds that Debtor(s) has complied with the provisions of 11U.S.C. § 521(i) and is NOT SUBJECT TO AUTOMATIC DISMISSAL.



Edward J. Coleman III  
United States Bankruptcy Judge  
PO Box 8347  
Savannah, GA 31412  

Dated **November 19, 2013**

*GASB–62 (Rev.03/07)* **DRR**